# THE LAW OFFICE OF JAMES J. RUFO

### 222 BLOOMINGDALE ROAD, SUITE 202, WHITE PLAINS, NY 10605
### PHONE (914) 600-7161 • CELL (845) 590-5187 • [WWW.NYBKATTORNEY.COM](http://WWW.NYBKATTORNEY.COM)

James J. Rufo*

\* Admitted NY, SDNY, EDNY, NDNY and WDNY

November 20, 2025

**VIA ECF**
Hon. David S. Jones
US Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004-1408

      **Re**:    In re: Paul A. Hergen, Ch. 13, Case No. 25-22993 (DSJ)
              Notice of Adjournment

Dear Judge Jones:

The Law Office of James J. Rufo represents the debtor, Paul A. Hergen (the "Debtor") in his Chapter 13, Case No. 25-22993 (DSJ).

Please accept the following as confirmation that all matters presently scheduled for December 3, 2025 at 10:00 A.M. are adjourned to February 11, 2026 at 10:00 A.M. on consent.

Thank you for your timely attention to this matter.

Sincerely yours,

*/s/ James J. Rufo*
James J. Rufo, Esq.
*Attorney for the Debtor*