UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

_____

In Re:                                                                    **NOTICE OF APPEARANCE**

Paul A. Hergen                                                     Case No.: 25-22993-dsj
                                                                                (Chapter 13)

                     Debtor.                           Assigned to:
                                                                                Hon. David S. Jones
                                                                                Bankruptcy Judge

_____

      PLEASE TAKE NOTICE, that the undersigned hereby appears on behalf of TD Bank, N.A. in the within proceeding with regard to its interest in the property known as a 2023 Ford Explorer 1FM5K8GC1PGB28713.

      Please send copies of all Notices and all papers filed in the case to the undersigned. Further, please add our firm to the mailing matrix.

DATED:   January 7, 2026
              Williamsville, New York

                                                 Yours,
                                                 GROSS POLOWY LLC
                                                 Attorneys for TD Bank, N.A.

                                                 Ehret Anne Van Horn, Esq.
                                                 Gross Polowy LLC
                                                 1775 Wehrle Drive, Suite 100
                                                 Williamsville, NY 14221
                                                 Telephone (716) 204-1700

TO:

By ECF:

   Clerk, United States Bankruptcy Court
   Southern District Of New York

   James J Rufo, Esq.                                        Attorney for Debtor

   Thomas C. Frost, Esq.                                   Chapter 13 Trustee